# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 14, 2014

## NO. 03-13-00034-CV

**Titan Transportation, LP, Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and Greg Abbott, Attorney General of the State of Texas, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REVERSED, RENDERED, AND REMANDED IN PART --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on October 30, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment. The Court reverses the trial court's judgment and renders judgment that Titan Transportation, LP is entitled to the revenue exclusion claimed for Report Year 2008. We remand the cause to the trial court for further proceedings to determine the exact amount of refund to which Titan is entitled. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.